UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2025 MAY 13 P 5: 21

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR VEGA ROJO,

    Defendant.

Case No. 25-CR-**25-CR-092**

[18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 2252A(b)(2), & 2252A(a)(5)(B)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Between on or about May 15, 2023, and on or about June 30, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**VICTOR VEGA ROJO**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included images identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| 00...040.jpg | A collection of 20 images that show a female child, approximately 3 to 5 years old, who is naked. In one image she is facing the camera with her legs spread open, exposing her vagina. An adult hand is touching her vagina. In five of the images, the same child is performing oral sex on what appears to be an adult male |
| 00...64.jpg | A collection of 20 images that appear to be from the same video. The images all include a female child, approximately 4 to 6 years old, who is naked. In twelve of the images the same child is lying on her back, with her legs spread open, exposing her vagina. An adult male is then inserting his penis into her vagina |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

2

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about December 20, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**VICTOR VEGA ROJO**

knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included a video identified by the following partial file name:

| Partial File Name | Description |
|---|---|
| MD5 816...edd | This is a collage of videos depicting numerous prepubescent children, including a female child who appears to be approximately 8 to10 years old, holding what appears to be an erect penis in her hand. She licks the penis multiple times and inserts it in her mouth. At one point in the video, an adult male lifts the child's skirt exposing her bare vagina. The adult male then then uses his hand to rub her vagina and inserts his finger in her vagina while zooming the camera in on her pubic area. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

3

# FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

███████████████████
FOREPERSON

Dated: 5-13-25

*[signature]*
RICHARD G. FROHLING
Acting United States Attorney

4